UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0947 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Defendant District of Columbia, through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this court for a 30-day enlargement of time within which to respond to the complaint. In support of this motion, the defendant relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

>Julie Lee [433292]
>Senior Assistant Attorney General
>General Litigation, Section II
>Civil Litigation Division
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6602; (202) 724-2625
>Julie.Lee@dc.gov

CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on June 6, 2006, undersigned tried contacting Plaintiffs' counsel to seek consent, and did not hear a response prior to the filing of this motion.

>Julie Lee
>Senior Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*,  )<br>  )<br>       Plaintiff,          )<br>  )          Civil Action No. 06-0947 (RCL)<br>       v.                    )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>  )<br>       Defendants.          )<br>_____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION OF DISTRICT OF COLUMBIA
TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

1. The instant complaint alleges that, on February 22, 2006, an officer of the District of Columbia Metropolitan Police Department ("MPD") shot and killed the decedent Ignatius Brown.

2. The instant complaint was served on the District on May 19, 2006 and a response is due June 12, 2006. [1]

3. Given the nature of the allegations against the District, additional time is needed to develop the facts and information upon which the District can rely to respond to the complaint. We requested from the involved agency and anticipate receipt of this information in sufficient time for us to respond by July 12, 1006.

---

[1] The docket does not reflect that the named individual defendant has served.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

_____
Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0947 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>ORDER</u>**

Upon motion of the District of Columbia for an enlargement of time within which to respond to the complaint, Plaintiff's consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____2006,

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that the District of Columbia shall have until the day of July 12, 2006 to respond to the complaint.

_____
Judge Royce C. Lamberth
Federal District Judge

Case 1:06-cv-00947-HHK   Document 3   Filed 06/07/2006   Page 6 of 6