AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Takaisha Henderson, et al

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al

CASE NUMBER  1:06CV00947

JUDGE: Henry H. Kennedy

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 05/19/2006

TO: (Name and address of Defendant)

District of Columbia
Serve: Hon Mayor Anthony Williams
c/o Tabatha Braxton
John A. Wilson Building #419
1350 Pennsylvania Ave. NW
Washington DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ADAM LEIGHTON
COHEN & COHEN
1717 K STREET, N.W.
#802
W.D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             MAY 19 2006
CLERK                                   DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 5-23-06 |
| NAME OF SERVER (PRINT) DWAYNE Boston | TITLE | PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Sabatha Bost_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-06            _signature_
             Date               Signature of Server

                                1522 K St NW Ste 200
                                Address of Server

SECRETARY OF D.C.
2005 MAY 23 A 1:41

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.