UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-0947   (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF RONALD B. HARRIS

I, Ronald B. Harris, under penalty of perjury under the laws of the United States of America, declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am the Deputy General Counsel for the District of Columbia Metropolitan Police Department (MPD).

3. The incident underlying this complaint involves a lethal shooting by an off-duty MPD officer of a civilian in the District of Columbia.

4. At present, a grand jury is investigating the shooting to determine whether criminal charges should be filed.

5. While this matter is under criminal investigation by the grand jury and the Office of the United States Attorney for the District of Columbia, MPD cannot release any information or documents associated with the incident without compromising the investigation.

_____
Ronald B. Harris
Deputy General Counsel