UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00947 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

The Clerk of the Court, on behalf of the Defendant, will please **withdraw** the appearance of Julie Lee, Senior Assistant Attorney General, as attorney of record in the instant matter.

The Clerk of the Court, on behalf of the Defendant, will please **enter** the appearance of David Jackson, Assistant Attorney General, as attorney of record in the instant matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH  [471953]
Section Chief, General Litigation Section II

/s/Julie Lee/s/
JULIE LEE [433292]
Senior Assistant Attorney General
General Litigation Section II
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6602 (o); (202) 727-3625 (f)

2

/s/David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Section II
441 4th Street, N.W.
Washington, DC 20001
(202) 724-6618 (o); (202) 727-3625 (f)