UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06CV00947 |
| ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR SERVICE

COME NOW Plaintiffs, by and through the undersigned counsel, and state as follows:

1. The Complaint in this action was filed on May 19, 2006.

2. Plaintiffs have made numerous attempts to serve Defendant Ford but, to date, have been unable to serve Defendant Ford.

3. Plaintiffs attempted service at an address thought to be Defendant Ford's home, however, Defendant did not reside at that address.

4. Plaintiffs further attempted service on Defendant Ford at his place of employment, the District of Columbia Metropolitan Police Department, however, Defendant Ford is on leave from his duties as a Metropolitan Police Officer.

5. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have 120 days to serve Defendant Ford. Fed. R. Civ. P. 4(m). Based on the above stated facts, Plaintiffs do not believe they will be able to effectuate service within that time.

6. Plaintiffs anticipate that they will eventually be successful in serving Defendant Ford and, accordingly, seek an additional sixty (60) days in which to effectuate service on Defendant Ford.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an Order granting an additional 120 days to file proof of service of Defendant Ford.

Dated: September 18, 2006                               RESPECTFULLY SUBMITTED,

/S/
_____
Adam R. Leighton, Esq.
Wayne R. Cohen, Esq.
COHEN & COHEN, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, D.C. 20006
(202) 955-4529

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CA No. |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR SERVICE**

COME NOW Plaintiffs, by and through the undersigned counsel, and respectfully refer this Court to the following points of law and authorities in support of Plaintiffs' Motion for Extension of Time for Service:

1. Federal Rule of Civil Procedure 4(m).
2. The inherent power of this Court to control its own docket.

Dated: September 18, 2006                    RESPECTFULLY SUBMITTED,


/S/
_____
Adam R. Leighton, Esq.
Wayne R. Cohen, Esq.
COHEN & COHEN, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, DC 20006
(202) 955-4529

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CA No. |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**UPON CONSIDERATION** of Plaintiffs' Motion for Extension of Time for Service, it is this ___ day of _____, 2006 by the United States District Court for the District of Columbia

**ORDERED**, that Plaintiffs' Motion for Extension of Time for Service be and hereby is granted; and it is further

**ORDERED**, that Plaintiffs be given an additional 120 days in which to file proof of service of Defendant Ford.

_____
Judge, United States District Court
District of Columbia

## CERTIFICATE OF SERVICE

     I hereby certify that on September 18, 2006, I served a copy of *Plaintiffs' Motion for Extension of Time for Service*, the accompanying Memorandum of Points and Authorities in Support thereof, and a proposed Order, by first-class mail, postage prepaid, upon the following:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC 20001

/S/
_____
Adam R. Leighton