UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00947 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STATUS REPORT

This case arises out of the shooting death of Ignatius Gary Brown by off-duty Metropolitan Police Officer Edward Ford. On August 8, 2006, this Court stayed this matter and ordered the District to file a status report with respect to the ongoing criminal investigation. Based on information received by the Metropolitan Police Department from the United States Attorneys Office, the District informs this Court that the matter is still pending and it is unknown, at this time, when the criminal investigation will be completed.

The District requests that it be allowed to file a further status report in four months or when the criminal investigation is completed, which ever occurs first.

    Respectfully submitted,

    EUGENE A. ADAMS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/Nicole L. Lynch/s/
    NICOLE L. LYNCH [471953]
    Section Chief, General Litigation Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Section II
441 4th Street, N.W.
Washington, DC 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
Email: davida.jackson@dc.gov

2