**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL**

COMES NOW, the firm of COHEN & COHEN, PC, representing Plaintiff in this case, by and through the undersigned counsel, and hereby states that firm's new address is 1821 Jefferson Place, 4th Floor, Washington, DC 20036.

Dated: January 11, 2007         RESPECTFULLY SUBMITTED,


/ARL/
_____
Adam R. Leighton, Esq.
COHEN & COHEN, P.C.
1821 Jefferson Place, NW, 4th Floor
Washington, DC  20036
(202) 955-4529
Attorney for Plaintiff

## Certificate of Service

      I hereby certify that on this 11th day of January, 2007, I caused a true and exact copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

      /ARL/

_____
      Adam R. Leighton