AO 440 (Rev. 8.01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TAKAISHA HENDERSON, et al.

    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

    Defendants.

CASE NUMBER:  1:06CV00947

Judge Henry H. Kennedy

TO: (Name and address of Defendant)

    EDWARD M. FORD
    Metropolitan Police Department
    Second District Station
    3320 Idaho Ave. NW
    Washington, DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Leighton
Cohen & Cohen, P.C.
1717 K Street, NW, Suite 502
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 7 2006

CLERK      DATE

*/s/ Laura Chipley*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  February 16, 2007 at 11:14 am |
| NAME OF SERVER (PRINT)  Lorenzo Kenerson | TITLE  private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jessica Haynie
(Black female, 5'8", 220 lbs, age 48)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $134.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 16, 2007
              Date                    Signature of Server

Address of Server   Washington Pre-Trial Services, Inc.
                    4626 Wisconsin Avenue NW #300
                    Washington, DC 20016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.