**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

TAKAISHA HENDERSON, *et al.*          )
                                       )
          Plaintiffs,          )
                                         )
v.                                             )          1:06CV00947
                                         )          HHK
DISTRICT OF COLUMBIA, *et al*.          )
                                         )
          Defendants.          )

**JOINT RULE 16.3 REPORT**

COME NOW Plaintiffs and Defendants, by and through the undersigned counsel, and file this report regarding the results of the meeting of counsel pursuant to Rule 16.3. In their meeting, counsel for the above parties discussed the following items, reached the following agreements, and/or set forth the following positions for any disagreements:

(1)    **Status of Dispositive Motions**:  The District of Columbia is contesting that Mr. Ford was in the scope of his employment at the time this incident occurred.  The parties wish to submit briefs on this issue early in the discovery process.

(2)    **Amended Pleadings:**  The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

(3)    **Assignment to Magistrate Judge:**  The parties do not believe that this case should be assigned to a magistrate judge.

(4)    **Settlement Possibility:**  The parties believe that mediation may prove beneficial in settlement of this matter.

(5)    **ADR:**  The parties agree that this case would benefit from the Court's alternative dispute resolution program after the exchange of discovery.

(6)    **Dispositive Motions:**  The parties believe that any dispositive motions should be filed within 30 days after the close of discovery and that any oppositions and replies should be filed in accordance with LCvR 7 (b) and (d).

(7)    **Initial Disclosures:**  The parties do not agree to dispense with the initial disclosures required by Rule 26(a)(1).

(8)    **Discovery:**  The parties agree not to place any limits on depositions, interrogatories, or document requests other than those imposed by the track designation ordered by the Court.

(9)    **Experts:**  The parties propose that they exchange expert witness reports and information pursuant to Rule 26(a)(2) and that the expert witnesses be available for deposition.

(10)    **Class Action Procedures:**  N/A

(11)    **Bifurcation:**  The parties do not believe that bifurcation is appropriate.


(12)  and (13)  The represented parties' proposed schedule:

| | |
|---|---|
| Defendants Answers | July 1, 2007 |
| Plaintiff's Expert Designation | December 1, 2007 |
| Defendants' Expert Designation | January 2, 2008 |
| Requests for Discovery Cutoff | March 1, 2008 |
| Discovery Cutoff | April 1, 2008 |
| Motions Deadline | May 1, 2008 |
| Oppositions | 20 days later |
| ADR | TBD |
| Pretrial Conference | TBD |
| Trial Date | TBD |

Dated: June 7, 2007                                    RESPECTFULLY SUBMITTED,


/S/

_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs


/S/

_____
David A. Jackson, Esq., #471535
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
(202) 724-6618
Attorney for Defendant District of Columbia


/S/

_____
James W. Pressler, Esq., #221051
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
(202) 822-8384
Attorney for Defendant Edward M. Ford

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I served a true and correct copy of the foregoing Rule 16.3 Report by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

James W. Pressler, Esq.
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
jpressler@presslerpc.com

/S/

_____
Adam R. Leighton