UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TAKAISHA HENDERSON, *et al.*            :
                                        :
       Plaintiffs,              :
                                        :
v.                                      :    1:06CV00947
                                        :    HHK
DISTRICT OF COLUMBIA, *et al.*          :
                                        :
       Defendants.              :

## NOTICE OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of James W. Pressler, Jr., Esq. as counsel of record for Defendant Edward M. Ford in the above-captioned case.

           Respectfully submitted,

           /S/
           _____
           James W. Pressler, Jr. #221051

           PRESSLER & SENFTLE, P.C.
           927 15th Street, N.W.
           12th Floor
           Washington, DC  20005
           (202) 822-8384

           Attorney for Defendant Edward M. Ford

Dated: June 7, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2007, I served a true and correct copy of the foregoing Notice of Appearance by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC 20001
Davida.jackson@dc.gov

Adam R. Leighton, Esq.
Cohen & Cohen, P.C.
1821 Jefferson Place
4th Floor
Washington, DC 20006
arl@cohenandcohen.net

 

/S/
_____
James W. Pressler, Jr.