UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| Discovery Cutoff for purposes of scope of employment of Edward Ford | January 18, 2008 |
| Defendant D.C.'s Motion Deadline RE: scope of employment of Edward Ford | February 22, 2008 |
| Oppositions to Defendant D.C.'s Motion RE: scope of employment of Edward Ford | March 24, 2008 |
| Status Conference | TBD |

Dates for expert designation and further discovery, if needed, to be determined at the Status Conference.

_____
Judge Henry H. Kennedy, Jr
United States District Court
For the District of Columbia