UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAKAISHA HENDERSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00947 (HHK)<br>) Next Event: Dispositive Motions Due<br>) February 22, 2008<br>)<br>)<br>) |

**CONSENT MOTION OF DEFENDANT
DISTRICT OF COLUMBIA TO AMEND SCHEDULING ORDER**

Defendant District of Columbia, by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. P. 6 and LCvR 7 (m) for an order amending the scheduling order by extending the deadline for the District to file its dispositive motion from February 22, 2008 to March 21, 2008.  In support of this motion the District states as follows:

1. This case involves the shooting death of Ignaious Brown by off-duty Metropolitan Police Officer Edward Ford.

2. This Court has granted the parties the opportunity to conduct limited discovery on the issue of scope of employment so that the District can file a dispositive motion on that issue.

3. The parties have completed paper discovery and all depositions relevant to the scope of employment issue.

4. The parties have not received the deposition transcripts of the District's two designees pursuant to Federal Rule of Civil Procedure 30 (b) (6).

5. Under the current scheduling order the District's motion is due on February 22, 2008 but, the District needs additional time to file its motion on the issue of scope of employment as it has not received the necessary deposition transcripts. The District is requesting that the current deadline be extended by thirty (30) day.

6. The counsels for the parties have worked closely and cooperatively.

7. Counsel for Plaintiff and Defendant Ford have consented to this motion.

8. This extension will not affect any other court deadline or dates.

A proposed Amended Scheduling Order is attached.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                District of Columbia

                GEORGE VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/NICOLE L. LYNCH/S/_____
                NICOLE L. LYNCH [471953]
                Chief Civil Litigation Division Section II

                /s/David A. Jackson/s/_____
                DAVID A. JACKSON [471535]
                Assistant Attorney General
                Office of the Attorney General
                441 Fourth Street, NW, 6 South
                Washington, D.C.  20001
                Direct Line: (202) 724-6618
                Facsimile: (202) 727-3625
                E-mail:  davida.jackson@dc.gov
                Counsel for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | Next Event: Dispositive Motions Due |
| DISTRICT OF COLUMBIA, *et al.*, ) | February 22, 2008 |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORIRIES IN SUPPORT
OF THE CONSENT MOTION OF DEFENDANT
DISTRICT OF COLUMBIA TO AMEND SCHEDULING ORDER**

1. Federal Rule of civil Procedure 6.

2. LCvR 7 (m).

3. The inherent powers of this Honorable Court.

4. The consent of Counsels for Plaintiff and Defendant Edward Ford

5. The entire record herein.

Respectfully submitted,

                    PETER J. NICKLES
                    Interim Attorney General for the
                    District of Columbia

                    GEORGE VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    /s/NICOLE L. LYNCH/S/_____
                    NICOLE L. LYNCH [471953]
                    Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov
Counsel for the District of Columbia