UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Amend Scheduling Order, the Memorandum of Points and Authorities in Support thereof, the consent of all counsel, and the entire record herein, it is this _____ day of February, 2008,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that the District shall file its dispositive motion on or before March 21, 2008.

ORDERED that oppositions shall be filed thirty (30) days after the dispositive motion is filed.

ORDERED that replies shall be filed ten (10) days after all oppositions are filed.

_____
Judge Henry H. Kennedy, Jr.
United States District Court
District of Columbia

Copies:
All Counsel by ECF