UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR A BRIEF EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Defendant District of Columbia, by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. P. 6 and LCvR 7 (m) for an order extending the time, from March 21, 2008 up to and including April 4, 2008, to file its dispositive motion on the issue of scope of employment. In support of this motion the District states as follows:

1. This case involves the shooting death of Ignaious Brown by off-duty Metropolitan Police Officer Edward Ford.

2. The District is requesting that the current deadline be extended by ten (10) business days.

3. Under the current scheduling order the District's motion is due on February 22, 2008. However, the District needs additional time because since the last order of February 19, 2008 extending the deadline undersigned counsel had to devote a considerable amount of time preparing for trial and drafting a post trial motion in the case of *Squires v. District of Columbia*, 05-1120 (JR).

4. Additionally, the issue of scope of employment is complicated and undersigned counsel needs additional time to conduct more research.

5. The counsels for the parties have worked closely and cooperatively and recognize that the outcome of the motion may have a significant impact on future litigation in this case.

6. Counsel for Plaintiff and Defendant Ford have consented to this motion.

7. This extension will not affect any other court deadline or dates.

A proposed Amended Scheduling Order is attached.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/NICOLE L. LYNCH/S/_____
    NICOLE L. LYNCH [471953]
    Chief Civil Litigation Division Section II

    /s/David A. Jackson/s/_____
    DAVID A. JACKSON [471535]
    Assistant Attorney General
    Office of the Attorney General
    441 Fourth Street, NW, 6 South
    Washington, D.C. 20001
    Direct Line: (202) 724-6618
    Facsimile: (202) 727-3625
    E-mail: davida.jackson@dc.gov
    Counsel for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAKAISHA HENDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-00947 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORIRIES IN SUPPORT
OF THE CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR BRIEF EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

1. Federal Rule of Civil Procedure 6.

2. LCvR 7 (m).

3. The inherent powers of this Honorable Court.

4. The consent of Counsel for Plaintiff and Defendant Edward Ford.

5. The entire record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/S/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

3

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov
Counsel for the District of Columbia