UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion for a Brief Extension of Time to File Dispositive Motion, the Memorandum of Points and Authorities in Support thereof, the consent of all counsel, and the entire record herein, it is this _____ day of March, 2008,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that the District shall file its dispositive motion on or before April 4, 2008;

ORDERED that oppositions shall be filed thirty (30) days after the dispositive motion is filed.

ORDERED that replies shall be filed ten (10) days after all oppositions are filed.

_____
Judge Henry H. Kennedy, Jr.
United States District Court
District of Columbia

Copies:
All Counsel by ECF