**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*   )<br>                                                    )<br>            Plaintiffs,           )<br>                                                    )<br>v.                                              )<br>                                                    )<br>DISTRICT OF COLUMBIA, *et al*.  )<br>                                                    )<br>            Defendants.         )  | 1:06CV00947<br>Judge Kennedy |

**JOINT MOTION TO CONTINUE APRIL 4, 2008 STATUS CONFERENCE**

COME NOW the Parties, by and through the undersigned counsel, and state as follows:

1.  The Complaint in this action was filed on May 19, 2006.

2.  Defendant District of Columbia is filing a Motion for Summary Judgment which is due on April 4, 2008.

3.  A status conference is currently set before this Honorable Court on April 4, 2008 at 9:45 a.m.

4.  Oppositions to Defendant District of Columbia's Motion are due on May 5, 2008.

5.  Replies to any Opposition are due on May 15, 2008.

6.  The parties will be in a better position to speak about the case and any additional discovery that may be required after Defendant District of Columbia's Motion for Summary Judgment is decided.

**WHEREFORE,** the parties respectfully request that the Court enter an Order continuing the April 4, 2008 status conference until after Defendant District of Columbia's Motion for Summary Judgment is decided.

Dated: April 2, 2008                                         RESPECTFULLY SUBMITTED,

/S/

_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs

/S/

_____
David A. Jackson, Esq., #471535
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
(202) 724-6618
Attorney for Defendant District of Columbia

/S/

_____
James W. Pressler, Esq., #221051
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
(202) 822-8384
Attorney for Defendant Edward M. Ford

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO CONTINUE STATUS CONFERENCE

COME NOW the Parties, by and through the undersigned counsel, and respectfully refer this Court to the following points of law and authorities in support of Joint Motion To Continue Status Conference:

1. The inherent power of this Court to control its own docket.

Dated: April 2, 2008                                         RESPECTFULLY SUBMITTED,

/S/
_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs

/S/
_____
David A. Jackson, Esq., #471535
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

3

(202) 724-6618
Attorney for Defendant District of Columbia

/S/

_____
James W. Pressler, Esq., #221051
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
(202) 822-8384
Attorney for Defendant Edward M. Ford

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**UPON CONSIDERATION** of Joint Motion to Continue Status Conference, it is this ___ day of ___________, 2008 by the United States District Court for the District of Columbia

**ORDERED**, that the Joint Motion to Continue Status Conference be and hereby is granted; and it is further

**ORDERED**, that the April 4, 2008 status conference is rescheduled for ________, 2008.

_______________________________
Judge, United States District Court
District of Columbia

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008, I served a true and correct copy of the foregoing Rule 16.3 Report by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

James W. Pressler, Esq.
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
jpressler@presslerpc.com

                                              /S/
                                    _____
                                        Adam R. Leighton