UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAKAISHA HENDERSON, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 06-00947 (HHK) |

**MOTION OF DEFENDANT DISTRICT OF COLUMBIA
TO ALLOW IT TO FILE ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT OUT OF TIME**

Defendant District of Columbia, by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. P. 6 and LCvR 7 (m) for an order allowing the District's to file its motion for partial summary judgment out of time.  In support of this motion the District states as follows:

    1.    This case involves the shooting death of Ignaious Brown by off-duty Metropolitan Police Officer Edward Ford.

    2.    The District is requesting that this court allow the District to file its motion for partial summary judgment out of time.  The motion is contemporaneously being filed with this instant motion.

    3.    Under the current scheduling order the District's motion was due on April 4, 2008.  The District was not able to meet this deadline because the District had to wait on an affidavit from Sergeant Colin Hall who had information important to the District's motion.

4. The Affidavit from Sergeant Hall was received in the later afternoon of April 7, 2008 and the facts therein have now been incorporated into the District's motion for partial summary judgment.

5. Undersigned counsel has made several attempts to contact counsel for Plaintiff and Defendant Ford but has been unsuccessful.

6. If this motion is granted it will not affect any other court deadline or dates, as the next scheduled court date is not until October 2008.

A proposed order is attached.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                District of Columbia

                GEORGE VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/NICOLE L. LYNCH/S/_____
                NICOLE L. LYNCH [471953]
                Chief Civil Litigation Division Section II

                /s/David A. Jackson/s/_____
                DAVID A. JACKSON [471535]
                Assistant Attorney General
                Office of the Attorney General
                441 Fourth Street, NW, 6 South
                Washington, D.C. 20001
                Direct Line: (202) 724-6618
                Facsimile: (202) 727-3625
                E-mail: davida.jackson@dc.gov
                Counsel for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-00947 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORIRIES IN SUPPORT
OF THE MOTION OF DEFENDANT DISTRICT OF COLUMBIA
TO ALLOW IT TO FILE ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT OUT OF TIME**

1.  Federal Rule of Civil Procedure 6.

2.  LCvR 7 (m).

3.  The inherent powers of this Honorable Court.

4.  The lack of prejudice to the other parties.

5.  The entire record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/NICOLE L. LYNCH/S/_____
NICOLE L. LYNCH [471953]

3

        Chief Civil Litigation Division Section II

        /s/David A. Jackson/s/_____
        DAVID A. JACKSON [471535]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, NW, 6 South
        Washington, D.C.  20001
        Direct Line: (202) 724-6618
        Facsimile: (202) 727-3625
        E-mail:  davida.jackson@dc.gov
        Counsel for the District of Columbia