UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of Defendant District of Columbia's Motion to Allow It to File Its Motion for Partial Summary Judgment Out of Time, the Memorandum of Points and Authorities in Support thereof, the Opposition thereto, the Reply, if any, and the entire record herein, it is this _____ day of April, 2008,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that the District's Motion for Partial Summary Judgment is accepted for filing; and

ORDERED that oppositions shall be filed thirty (30) days from the date Motion for Partial Summary Judgment is filed; and

ORDERED that replies shall be filed ten (10) days after all oppositions are filed.

_____
Judge Henry H. Kennedy, Jr.
United States District Court
District of Columbia

Copies:
All Counsel by ECF