**EXHIBIT 4**

## CHAPTER 2    GENERAL RULES

Secs.

| | |
|---|---|
| 200 | Performance of Duties |
| 201 | [Reserved] |
| 202 | Standards of Conduct |
| 203-205 | [Reserved] |
| 206 | Badges, Cap Plates, Identification Cards, and Revolvers |
| 207 | Use of Firearms and Other Weapons |
| 208 | Service of Process |

## 200    PERFORMANCE OF DUTIES

200.1    It shall be the duty of each member of the force to thoroughly familiarize himself or herself with the Metropolitan Police Manual by the time he or she completes recruit training school.

200.2    Notwithstanding the assignment of specific duties and responsibilities to members of the Metropolitan Police Force by the provisions of the Metropolitan Police Manual, all members of the force shall perform all other duties as may be required of them by competent authority. Policewomen shall, according to rank be governed by the rules laid down for the guidance of male members of the department.

200.3    In carrying out the functions of the department, namely, the preservation of peace, the protection of life and property, the prevention of crime, and the arrest of violators of the law, all members of the force and employees of the department and all branches, districts and bureaus thereof shall direct and coordinate their efforts in a manner as will tend to establish and maintain the highest standard of efficiency.

200.4    Members of the force shall be held to be always on duty, although periodically relieved from the routine performance of it; shall always be subject to orders from the proper authorities and to call from citizens; and the fact that they may be technically off duty shall not be held as relieving them from the responsibility of taking proper police action in any matter coming to their attention requiring that action.

200.5    Members of the force shall promptly obey any order emanating from any superior officer. If an order emanating from any superior officer conflicts with a previous order from any other superior officer, or with any general, special or memorandum order, or provisions of the manual, the member of the force to whom such order is given shall respectfully call attention to that conflict of orders, and if the officer giving the order does not change the order so as to obviate that conflict, his or her order shall stand and the responsibility shall be his or hers, and the person obeying the order shall not be held in any way responsible for disobedience of any orders theretofore issued.