# EXHIBIT 5

| GENERAL ORDER | SERIES | NUMBER | EFFECTIVE DATE |
|---|---|---|---|
| | 201 | 26 | November 10, 1976 |

| SUBJECT | DISTRIBUTION |
|---|---|
| Duties, Responsibilities and Conduct of Members of the Department | A |
| | ORIGINATING UNIT |
| | PDD |

The purpose of this order is to establish the policy and procedures for the conduct of all members of the Metropolitan Police Department concerning their performance of duty, the exercise of their police powers, and their relationship with the public. This order consists of the following parts:

PART I   Responsibilities and Procedures for Members of the Department

    A. Responsibilities.
    B. General Duties and Personnel Conduct.
    C. Conduct Toward the Public.
    D. Conduct in Arresting and the Processing of Law Violators.
    E. Citizen - Police Officer Relationships.
    F. Code of Ethics.

PART I

    A. <u>Responsibilities.</u>

        1. It is the duty and responsibility of each member of the police force to preserve the peace, protect life and property, prevent crime, apprehend criminals, recover lost and stolen property, and enforce all laws and ordinances of the District of Columbia and the United States in a fair and impartial manner.

        2. In accordance with the District of Columbia Human Rights Law, members shall not discriminate, either in the enforcement of the law, or in the provision of police service, on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family responsibilities, matriculation, political affiliation, physical handicap, source of income, or place of residence or business, except as required by specific statute.

        3. In accomplishing their mission, members shall recognize that:

            a. The power of the police to fulfill their functions and duties is dependent on public approval of their existence, actions, and behavior and on their ability to secure and maintain public respect.

            b. To secure and maintain public respect and approval means also obtaining public willingness to cooperate in the task of securing observance of the law.

-2-

    c. The extent to which the cooperation of the public can be secured diminishes proportionately the necessity for the use of physical force in achieving police objectives.

    d. The ultimate goal of police operations is the absence of crime and disorder, not the visible evidence of police action in dealing with them.

B. **General Duties and Personal Conduct.**

    1. The prevention of crime being the most important factor from a police point of view, members shall familiarize themselves with the laws and regulations they are required to enforce.

    2. Members shall provide themselves with memorandum books and shall make note of matters of interest coming to their attention within the scope of their duties. Such memorandum books shall be subject at all times to examination by their supervisors.

    3. Members shall continually maintain a valid operator's license issued by the jurisdiction in which the member resides. Any change in the status of the member's license shall be reported to an official of the department prior to the member's next tour of duty.

    4. Members shall report for roll call properly uniformed and equipped and shall give attention to dispatches, orders, and instructions read and issued by the official then in command.

    5. When directed to take their beats, they shall do so by the most expedient route and method, and if notified that the member whom they are to relieve has information concerning police business, they shall meet such members at a designated location. However, they shall not utilize their privately-owned mode of transportation unless so directed by competent authority.

    6. Unless otherwise directed, or authorized by proper authority, or when necessary for emergency purposes, members assigned to foot patrol beats shall not ride, nor be transported in a vehicle while so assigned during a tour of duty.

    7. They shall become thoroughly acquainted with every part of their beat and acquire such knowledge of the residents as will enable them to promptly recognize and furnish information regarding them. At night they shall form impressions of persons they encounter on the streets, so as to enable them to recognize them later; and if the circumstances are of a suspicious nature, they shall ascertain the name and addresses of the persons and appropriately report such information.

    8. They shall give persons of known bad character such attention as will make it apparent to the persons that they are under observation and that detection will follow the commission of a crime and shall note and appropriately report the presence of such persons on their beats.

General Order No. 201.26
(Revised    6/25/86   )

Case 1:06-cv-00947-HHK   Document 27-6   Filed 04/08/2008   Page 4 of 4

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order 201.26** | **June 28, 1994** | 2 | 5 of 11 |

26. Members shall not suggest, recommend, advise, or otherwise counsel concerning the retention of an attorney, or bondsman to any person coming to their attention as a result of police business. This does not apply when a relative of the member seeks such service.

27. Unless specifically authorized by the reporting member or by an official department directive, no member, other than the reporting member, shall sign an official report.

28. Members shall not interfere with the cases of other members, except by consent of such other members, or their commanding officers.

29. Members shall report to their immediate supervisor any violations of the rules of the Metropolitan Police Department by any other member of the force.

30. When questioned by superior officers in connection with matters relating to the official business of the police department, subordinate members shall respond truthfully. Additionally, during the course of an investigation, all members shall respond truthfully to questions by any agent or official of the Office of Internal Affairs (OIA), even if the OIA agent is not of superior rank. During the progress of an investigation, every agent is authorized to conduct any and all investigative activities in the furtherance of an investigation.

31. A member of the force below the grade of lieutenant who desires an interview with the Chief of Police, or a Bureau Head shall, except as otherwise provided by departmental regulations, make request to his/her commanding officer stating briefly the reason for the request and the commanding officer shall transmit the request to the official indicated for his/her approval, or disapproval. This shall not be construed as restricting any member of the force from requesting an interview with any of the officials mentioned.

32. Members in either uniform, or civilian attire <u>shall always</u> exercise sound judgement and tact when speaking to, or conversing with other members in civilian attire. This is of utmost importance in order to prevent the inadvertent exposure of members working in confidential, or sensitive assignments. Members must realize that even a casual acknowledgement of a member working in a confidential assignment could possibly place the member and his/her assignment in jeopardy. <u>Therefore, it is imperative that all members of the department strictly adhere to this policy.</u>

33. In referring to, or addressing a superior officer, whether on, or off duty, the appropriate title to the officer addressed, or referred to shall be used, such as "Chief," "Inspector," "Captain," "Lieutenant," or "Sergeant." Superior officers in addressing members of the force below the rank of sergeant on official business shall use the prefix "Officer."