# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF COLIN HALL

1. My name is Colin Hall. I am over the age of 18 years, and I am competent to testify as to the matters contained herein.

2. I have been employed with the Metropolitan Police Department since 3/18/98, and I have held the rank of Sergeant since 2/1/04.

3. On Thursday February 16, 2006, I responded to an incident regarding the theft of property from 1247 Oates Street, Northeast, Washington, as reported by the Officer Edward Ford.

4   When I arrived at the scene, I spoke with Officer Ford who told that Mr. Brown had stolen his tools.

5. I told Officer Ford to let the investigators handle the investigation into the theft of his tools.

6. I advised Officer Ford that based on the information we had at this time, that the case needed to be investigated further and we may not have probable cause to make an arrest at this time if we do stop Mr. Brown.

7.  I told Officer Ford at this point Fifth District officers would identify Mr. Brown if he was stopped as part of the investigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: __4-2-08__                                             _____
                                                                              Colin Hall

District of Columbia ss:

WITNESS MY HAND AND OFFICIAL SEAL

_____                                  __4/2/08__
Notary Public                                                          Date

My commission expires: __6-14-2008__