UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 06-00947 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Motion for Partial Summary Judgment, the Memorandum of Points and Authorities in Support thereof, the Opposition thereto, the Reply, if any, and the entire record herein, it is this _____ day of _____ 2008,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that the Counts I, II, and V of the complaint as to the District of Columbia are DISMISSED with prejudiced.

_____
Judge Henry H. Kennedy, Jr.
United States District Court
District of Columbia

Copies:
All Counsel by ECF