**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE JUNE 30, 2008
HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through the undersigned counsel, and states as follows:

1. The Complaint in this action was filed on May 19, 2006.

2. The parties have filed Motions and Oppositions for Partial Summary Judgment.

3. On May 28, 2008 this Honorable Court set a hearing for this matter on June 30, 2008.

4. On June 30, 2008 Plaintiff's counsel will be on vacation with his family in North Carolina.

5. The parties are available for a hearing on August 4, 5, 6, 7, 8, 25, 26 and 27.

6. All parties consent to this Motion.

7. No party will be prejudiced by the granting of this Motion.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an Order

continuing the June 30, 2008 hearing.


Dated: June 6, 2008                                    RESPECTFULLY SUBMITTED,


/S/

_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINITFF'S MOTION TO CONTINUE JUNE 30, 2008
HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**


COME NOW the Plaintiff, by and through the undersigned counsel, and

respectfully refers this Court to the following points of law and authorities in support of

Plaintiff's Motion To Continue June 30, 2008 hearing:

1.     The inherent power of this Court to control its own docket.


Dated:  June 6, 2008                                RESPECTFULLY SUBMITTED,


/S/

_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**UPON CONSIDERATION** of Plaintiff's Consent Motion to Continue June 30, 2008 Hearing on Motion for Partial Summary Judgment, it is this ___ day of _____, 2008 by the United States District Court for the District of Columbia

**ORDERED**, that the Plaintiff's Consent Motion to Continue the June 30, 2008 Hearing on Motion for Partial Summary Judgment be and hereby is granted; and it is further,

**ORDERED**, that the June 30, 2008 hearing is rescheduled for _____, 2008.

_____
Judge, United States District Court
District of Columbia

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I served a true and correct copy of the foregoing Motion by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

James W. Pressler, Esq.
Marc Wilhite, Esq.
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
jpressler@presslerpc.com

/S/
_____
Adam R. Leighton