UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKAISHA HENDERSON, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No.: 1:06 CV 00947 |
|  | : *Judge: Henry H. Kennedy* |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

WILL THE CLERK OF THE COURT please enter the appearance of Marc L. Wilhite, Esq. as additional counsel for Defendant Edward M. Ford in the above-captioned case.

Respectfully submitted,

/s/ Marc L. Wilhite
Marc L. Wilhite, #468535

PRESSLER & SENFTLE, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC 20005
(202) 822-8384

Attorney for Defendant Edward M. Ford

Dated: August 7, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2008, I served a true and correct copy of the foregoing Notice of Appearance by electronic mail, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, D.C. 20001
Davida.jackson@dc.gov

Adam R. Leighton, Esq.
Cohen & Cohen, P.C.
1821 Jefferson Place, N.W.
4th Floor
Washington, D.C. 20036
arl@cohenandcohen.net

                                                  /s/ Marc L. Wilhite            .
                                                    Marc L. Wilhite