UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAKAISHA HENDERSON, et al.,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　**Defendant.** | Civil Action 06-00947  (HHK) |

**ORDER**

Before the court is defendant District of Columbia's motion for partial summary judgment, filed on April 28, 2008 [#28].  For the reasons set forth in open court this same day, it is this 8th day of August 2008, hereby

**ORDERED** that the motion for partial summary judgment is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge