UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TAKAISHA HENDERSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06CV00947 |
| | ) | Judge Kennedy |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| Plaintiff's Expert Designation | December 15, 2008 |
| Defendants' Expert Designation | January 15, 2009 |
| Requests for Discovery Cutoff | February 1, 2009 |
| Discovery Cutoff | March 1, 2009 |
| Motions Deadline | April 1, 2009 |
| Oppositions | 20 days later |
| ADR | TBD |
| Pretrial Conference | TBD |
| Trial Date | TBD |

Dated: September 4, 2008				RESPECTFULLY SUBMITTED,

/S/
_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1821 Jefferson Place
4th Floor
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiffs

/S/
_____
David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

/S/
_____
James W. Pressler, Esq.
Marc Wilhite, Esq.
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
jpressler@presslerpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2008, I served a true and correct copy of the foregoing Proposed Scheduling Order by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

James W. Pressler, Esq.
Marc Wilhite, Esq.
Pressler & Senftle, P.C.
927 15th Street, N.W.
12th Floor
Washington, DC  20005
jpressler@presslerpc.com

                                                           /S/
                                                _____
                                                  Adam R. Leighton